UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUMAYAH HODGES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:15CV1339 RLW<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action under the Federal Torts Claim Act. The motion is granted, and this case is dismissed.

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Allegations are frivolous if they are delusional or based in fantasy. *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). Allegations fail to state a claim if they are implausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Plaintiff sues various governmental agencies and officials because she believes that she has been implanted with "an Electronic Medical Device for the sole purpose of torturing, monitoring, tracking and tracing" her. She further believes that that this vast conspiracy was the cause of her father's death and her estrangement from her daughters.

Plaintiff's allegations are delusional. The governmental conspiracy she believes she is the victim of simply does not exist. As a result, this case is dismissed as frivolous.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 28th day of August, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE