UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUMAYAH HODGES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV1339 RLW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Plaintiff has filed a post-dismissal motion for leave to file an amended complaint.[1] She alleges that the United States, the FBI, federal judges, the former Attorney General, the Secretary of Defense, and other government officials are attacking her "through a high energy device that is lethal and can kill, and disable a human being." Plaintiff claims that this conspiracy is responsible for a great many things, including car troubles, her depression, physical distress, the death of her father, and other severe difficulties.

The Court dismissed plaintiff's complaint under 28 U.S.C. § 1915(e) on the basis that it was delusional under *Denton v. Hernandez*, 504 U.S. 25 (1992). Unfortunately, the problems that plaintiff are dealing with are products of her own imagination and do not give rise to relief in federal court. As a result, plaintiff's motion for leave to file an amended complaint is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [ECF No. 6] is **DENIED** with prejudice.

---

[1] Plaintiff filed an amended complaint. The Court construes it as a motion for leave to file an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion to expedite [ECF No. 7] is **DENIED** as moot.

Dated this 29th day of September, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE